STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GEORGE WICKERSHAM, DEFENDANT-APPELLANT.

Submitted May 10, 1954—Decided May 17, 1954.

*Mr. George Wickersham, in propria persona.*

*Mr. J. Victor Carton* for the respondent.

PER CURIAM. The appeal is dismissed because it was taken out of time, with leave to apply to the County Court for re-sentence.

*For dismissal*—Chief Justice VANDERBILT, and Justices OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN— 6.

*For reversal*—Justice HEHER—1.